John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

Check No. 807676

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-20151 | 002-0 | JAMES TRAVIS KUYKENDALL<br>Original Check written to:<br>UPSHUR COUNTY<br>C/O LINEBARGER ET AL<br>2323 BRYAN STT #1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxx0980 | 0.00 | 87.54 | 0.00 | 87.54 |
| 05-20151 | 003-0 | JAMES TRAVIS KUYKENDALL<br>Original Check written to:<br>CAMP CAD<br>2323 BRYAN STREET #1600<br>DALLAS, TX  75201-2644 | xxxxxxxxxxxxxxx0000 | 0.00 | 17.20 | 0.00 | 17.20 |
| 05-60535 | 005-0 | KELLY D BOST<br>Original Check written to:<br>VAN ZANDT CAD<br>C/O LINEBARGER ET AL<br>2323 BRYAN ST #1600<br>DALLAS, TX  75201 | xxx5610 | 0.00 | 255.72 | 0.00 | 255.72 |
| 05-60535 | 012-1 | KELLY D BOST<br>Original Check written to:<br>ADVANTAGE FINANCE<br>P O BOX 88<br>UPPER SANDSKY, OH  43351-0088 | xxxxx44-1 | 2,805.59 | 338.16 | 0.00 | 338.16 |
| 05-60854 | 003-0 | GARY LEE WILLER<br>Original Check written to:<br>WELLS FARGO FINANCIAL TEXAS INC<br>4137 121ST ST<br>URBANDALE, IA  50323- | xxxxxxxxxxxxxx4703 | 0.00 | 57.44 | 0.00 | 57.44 |
| 05-60854 | 006-0 | GARY LEE WILLER<br>Original Check written to:<br>TEXAS CHILD SUPPORT DISBURSEMENT UNIT<br>P O BOX 659791<br>SAN ANTONIO, TX  78265-9791 | xxxxxxxxxxxxxxxxxxx DAN | 0.00 | 128.32 | 0.00 | 128.32 |
| 05-62782 | 001-0 | NOEL K FRANKS<br>Original Check written to:<br>CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>P O BOX 5155<br>NORCROSS, GA  30091 | xxxxxxxxxxx4371 | 309.13 | 87.32 | 0.00 | 87.32 |